PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 NOV -9 AM 10: 41

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.

8:09CR124

Docket # 5:01 CR50118-02

**SAM SEILER**

On July 2, 2002, Sam Seiler was sentenced to 70 months custody, to be followed by 60 months supervised release. The period of supervised release commenced May 3, 2006. Mr. Seiler has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Sam Seiler be discharged from supervision.

Respectfully submitted,

Karen Bucksbee
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 9th day of November, 2009.

The Honorable Lyle E. Strom
U.S. Senior District Judge